ACCEPTED
01-14-01008
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 10:07:19 AM
CHRISTOPHER PRINE
CLERK

**01-14-01008-CR**

**IN THE FIRST COURT OF APPEALS AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 10:07:19 AM
CHRISTOPHER A. PRINE
Clerk

**IBRAHIM MUSTAFA ALTOBJI**

**v**

**STATE OF TEXAS, APPELLEE**

**APPEALED FROM THE 182ND JUDICIAL DISTRICT COURT HARRIS COUNTY, TEXAS**

**EX PARTE IBRAHIM MUSTAFA ALTOBJI**

**MOTION FOR BRIEFING**

___/s/___Gene P. Tausk_____

**Gene P. Tausk**
**TBN: 24003035**
**1221 Studewood**
**Houston, TX  77008**
**(713) 429-5476**
**(713) 490-3150 (fax)**
**gene@tauskvega.com**

**ATTORNEY FOR
APPELLANT,
IBRAHIM ALTOBJI**

## MOTION FOR BRIEFING

TO THE HONORABLE JUDGES OF THIS COURT:

Movant, Ibrahim Mustafa Altobji moves this Honorable Court to allow briefs to be submitted in the above styled-and-numbered cause of action.

### I.

This matter is a case which was appealed from the 182nd Judicial District Court, the Honorable Jeannine Barr presiding. The trial court case number was: 1188377B. The Honorable Judge Barr **denied** Movant's Writ for Habeas Corpus and Motion to Set Aside Plea Agreement.

### II.

This matter was timely filed to this Honorable Court on or about December 4, 2014. On or about January 5, 2015, this Honorable Court decided that this matter **may** be heard without briefs (set for submission only). On or about January 14, 2015, this Honorable Court decided that this matter was to be decided by submission on the record only without the necessity of filing briefs.

### III.

With respect to this Honorable Court, Movant respectfully asks that he be allowed to file a brief in this matter. It is believed that a brief will allow this Honorable Court to better explore the issues at hand before a decision is rendered.

## IV.

It goes without saying, of course, that this Honorable Court is free to deliberate and decide this matter without the necessity of additional briefing from either Movant or the State. However, Movant states that an Appellant brief will be of assistance in enabling this Honorable Court to make an informed decision.

## V.

Appellant requests that this Honorable Court allow a brief for the following reasons:

1.  The Honorable Jeannine Barr decided this matter through affidavits, not through any type of oral testimony. This restricted the testimony that could have been offered during a hearing. Appellant would like the opportunity to correct this by providing a brief.

2.  The issues presented are somewhat unique in that Movant, although asking for what appears to be a *Padilla* Writ, is actually arguing that Movant was not informed that he was accepting a plea for a Crime Involving Moral Turpitude. Movant would like the opportunity to further brief this issue before this Honorable Court.

## VI.

For these reasons, therefore, Movant respectfully asks this Honorable Court to allow him to brief this matter.

Respectfully submitted:

TAUSK & VEGA


____//s//_____
Gene P. Tausk
TBN: 24003035
1221 Studewood
Houston, TX  77008
(713) 429-5476
(713) 490-3150 (fax)
gene@tauskvega.com

ATTORNEY FOR APPELLANT,
IBRAHIM ALTOBJI


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the Harris County District Attorneys' Office by CMRRR on February 3, 2015.


/s/  Gene P. Tausk_____
Gene P. Tausk


## CERTIFICATE OF COMPLIANCE

I, the undersigned, state that this document contains approximately 504 words.


/s/ Gene Tausk_____